# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

JACOB CHARLES STEELE,

    Plaintiff,

v.

KIM HOLLAND,

    Defendant.

Case No. 15-cv-01084-BLF

**ORDER REQUIRING PLAINTIFF TO COMPLY WITH HABEAS CORPUS LOCAL RULE 2254-23(c)**

Plaintiff filed a Petition for Writ of Habeas Corpus on March 9, 2015. *See* ECF No. 1. Plaintiff served a copy of this filing on Warden Kim Holland and the Clerk's Office for the U.S. District Court for the Northern District of California. *See* ECF Nos. 4-5. The Court records do not indicate that Plaintiff served a copy of the Petition on the California Attorney General as required by Local Habeas Corpus Rule 2254-23(c) to commence proceedings, which may be the reason why no Answer has been filed. The Court HEREBY ORDERS Plaintiff to show that he has served a copy of the Petition on the California Attorney General or serve a copy of the Petition in accordance with Local Habeas Corpus Rule 2254-23(c), on or before **August 14, 2015.**

Dated: July 14, 2015

_____
BETH LABSON FREEMAN
United States District Judge