United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

JACOB CHARLES STEELE,
Petitioner,

v.

KIM HOLLAND,
Respondent.

Case No. 15-cv-01084-BLF

**ORDER VACATING PRIOR ORDER RE: ANSWER TO PETITION AND ISSUING ORDER RE RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS**

Petitioner, a state prisoner represented by counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on March 9, 2015, challenging his state conviction. *See* ECF 1. On March 24, the Court ordered Respondent to answer the petition for habeas corpus. *See* ECF 10. In that order, the Court did not expressly direct the Clerk to serve the petition on Respondent and Respondent's attorney, the Attorney General of the State of California. On June 18, 2015, Petitioner filed a status report informing the Court that an answer had not been filed. *See* ECF No. 11. On July 14, 2015, pursuant to a Court order, the Petitioner served the Attorney General of the State of California with a copy of the petition. *See* ECF 13, 14. To clear any confusion, the Court vacates its previous March 24 order and issues this order which will supersede all prior orders. Pursuant to Rule 4 of the Rules Governing Section 2254 Cases, the Court hereby orders a response to the instant petition:

1. The Clerk shall serve by certified mail a copy of this order and the petition and all attachments thereto on Respondent and Respondent's attorney, the Attorney General of the State of California. The Clerk also shall serve a copy of this order on Petitioner.

2. Respondent shall file with the court and serve on petitioner, **within sixty (60) days** of the issuance of this order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases and the applicable Habeas Corpus Local Rules. Respondent shall

file with the answer and serve on Petitioner a copy of all portions of the state trial record that have been transcribed previously and that are relevant to a determination of the issues presented by the petition.

If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent **within thirty (30) days** of his receipt of the answer.

3. Respondent may file a motion to dismiss on procedural grounds in lieu of an answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases. If Respondent files such a motion, Petitioner shall file with the Court and serve on Respondent an opposition or statement of non-opposition **within thirty (30) days** of receipt of the motion, and Respondent shall file with the court and serve on Petitioner a reply **within fifteen (15) days** of receipt of any opposition.

4. Petitioner is reminded that all communications with the court must be served on Respondent by mailing a true copy of the document to Respondent's counsel. Petitioner must also keep the Court and all parties informed of any change of address.

**IT IS SO ORDERED.**

Dated: August 17, 2015

BETH LABSON FREEMAN
United States District Judge